# Court of Appeals
# of the State of Georgia

ATLANTA,  January 17, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1093.  CHARLES KNOX v. THE STATE.**

A jury found Charles Knox guilty of burglary and other crimes, and on January 14, 2014, the trial court entered a judgment of conviction and sentence. On February 14, 2014, Knox filed a motion for new trial, which the trial court subsequently denied. Knox appeals, but we lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Although the filing of a motion for new trial generally extends the deadline for filing a notice of appeal, see OCGA § 5-6-38 (a), an untimely motion for a new trial is void and does not extend the time for filing an appeal.[1] *Wicks v. State*, 277 Ga. 121, 121-122 (587 SE2d 21) (2003).  To be timely, a motion for a new trial must be made "within 30 days of the entry of the judgment on the verdict[.]" OCGA § 5-5-40 (a).

Knox's motion for a new trial, filed 31 days after entry of his judgment of conviction, was untimely and did not extend the time for filing a notice of appeal. See *Wicks*, 277 Ga. at 121-122. Under these circumstances, Knox's appeal is untimely and is therefore DISMISSED for lack of jurisdiction. See *Peters v. State*, 237 Ga.

---

[1] A defendant may obtain permission from the trial court to file an out-of-time motion for new trial, the denial of which may be appealed directly. See *Washington v. State*, 276 Ga. 655, 656 (1) (581 SE2d 518) (2003). Here, however, the record does not show that Knox sought permission to file an out-of-time motion.

App. 625, 625 (516 SE2d 331) (1999).

To the extent that Knox's right to appeal has been frustrated by errors of counsel, he may be entitled to an out-of-time appeal. See *Rowland,* 264 Ga. at 875-876 (2) . He therefore is informed of the following in accordance with *Rowland*: This appeal has been dismissed because you failed to file a timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal. The clerk of court is DIRECTED to send a copy of this order to Knox as well as to Knox's attorney, who is also DIRECTED to send a copy to Knox.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  01/17/2019*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*